# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Nicole Shermaine Martinez** DOB: 1983; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. **21-00267MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 17, 2021, in the District of Arizona, **Nicole Shermaine Martinez**, knowing and in reckless disregard of the fact that certain illegal aliens, including Alejandro Serrano-Martinez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about May 17, 2021, in the District of Arizona (Nearest city), a United States Border Patrol Agent (BPA) encountered a 2006 Ford Taurus at the FR-15 immigration checkpoint. The driver was identified as **Nicole Shermaine Martinez**. The vehicle was referred to secondary inspection after the front seat passenger and rear passenger appeared nervous. Both did not want to make eye contact with the BPA and did not answered his questions. At secondary inspection, the front seat passenger and rear passenger admitted they were in the U.S. illegally. The BPA searched the trunk and found two more undocumented noncitizens hiding in the trunk. One subject inside the trunk was identified as Alejandro Serrano-Martinez. Records checks revealed that **Martinez** was arrested in July and August 2020 transporting undocumented noncitizens.


Material witness Alejandro Serrano-Martinez said his parents had arranged for him to be smuggled into the United States for money. Serrano admitted that he crossed the U.S. illegally with a group of four people to a small town where they spend one-night waiting. Serrano said the group received instructions through a cell phone. The next morning, a gray four-door sedan arrived with a woman driving who instructed him to travel inside the trunk. He traveled inside the trunk for approximately two hours. Serrano identified **Martinez** as the driver in a photo lineup. Records checks revealed the Serrano did not have the proper immigration documentation to enter or stay in the U.S. legally. Serrano was previously removed from the U.S. on October 10, 2019.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Alejandro Serrano-Martinez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE | DATE<br>May 18, 2021 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54